```
KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
(702) 853-0700
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**KEVIN P HENTZELL**<br>**KRISTIE A HENTZELL**<br><br><br>**Debtors** | CHAPTER 13<br>Case No: -17-15839-ABL<br><br><br>**TRUSTEE'S DIRECTIVE** |

Attorney for Debtor: FREEDOM LAW FIRM LLC

This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Please submit complete copies of your signed 2021 Federal Income Tax Return, W-2 Forms and non-exempt portion of tax refund.  Tax returns must be redacted before they are submitted to the Trustee. This means that all social-security number(s), taxpayer-identification number(s) and any bank accounts numbers may only include the last four digits. In addition, if a birth date is set out, you may only include the year of birth. Finally, if your tax return includes information pertaining to minor children, then only the minor child's initials may be visible on the document.**

It is necessary that you comply with the Trustee's request 15 days from the file stamped date of this directive.  YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

1  ALL CORRESPONDENCE MUST BE MAILED TO:

711 S 4th Street
Suite 101
Las Vegas, NV  89101

Dated: 05/03/2022

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

ts

```
 1 | KATHLEEN A. LEAVITT
   | CHAPTER 13 STANDING TRUSTEE
 2 | 711 S 4Th Street                              E-filed on:
   | Suite 101
 3 | Las Vegas, NV  89101
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                          CASE NO: BKS-17-15839-ABL
                                                Chapter 13
**KEVIN P HENTZELL**
**KRISTIE A HENTZELL**

                    **Debtor (s)**

## CERTIFICATE OF SERVICE

1. On  I served the following document(s):

   **TRUSTEE'S DIRECTIVE**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

| HAINES & KRIEGER LLC | FREEDOM LAW FIRM LLC | KEVIN P HENTZELL |
| 8985 S EASTERN AVENUE | 8985 S EASTERN AVE STE 350 | KRISTIE A HENTZELL |
| SUITE 350 | LAS VEGAS, NV  89123 | 4125 PERFECT LURE ST |
| HENDERSON, NV  89123 |  | LAS VEGAS, NV  89129 |

'

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 05/03/2022                            /s/ Esther Carr
                                                 _____
                                                 Employee of
                                                 Kathleen A. Leavitt
                                                 Chapter 13 Standing Trustee